**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

v.

DEANDRA BROWN,

        Defendant.

CASE NO.: 4:21-cr-135-9

**O R D E R**

The Court **DENIES** Defendant's Motion wherein he requests that the Court order that time that he spent in custody before his sentencing hearing be credited towards his federal sentence. (Doc. 550.) Calculation of the time Defendant has served towards his sentence rests in the purview of the Bureau of Prisons. This is why the Court made a recommendation at sentencing, as opposed to an order, regarding credit for time served. Moreover, to seek judicial relief on a sentencing calculation claim, Defendant must file a petition under 28 U.S.C. § 2241 in the district of his current confinement. Additionally, Defendant must first exhaust his administrative remedies on his sentencing calculation claim before seeking judicial relief.

**SO ORDERED**, this 22nd day of July, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA